U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNEY RICHARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DEWEY BRUNEY AND ALL OTHERS SIMILARLY SITUATED | : | DOCKET NO. 2:06 CV 1452 |
| VS. | : | JUDGE MINALDI |
| WAL-MART STORES, INC. AND WAL-MART STORES, INC. CORPORATIONN GRANTOR TRUST, THROUGH WACHOVIA BANK OF GEORGIA, N.A. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons stated therein,

IT IS ORDERED that the defendants' Motion To Dismiss [doc. 33] the plaintiff's First Amended Class Action Complaint IS DENIED.

Lake Charles, Louisiana, this ____ day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE