# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNEY RICHARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DEWEY BRUNEY AND ALL OTHERS SIMILARLY SITUATED | * * * | CIVIL ACTION NO. 2006-1452 |
| VS. | * | JUDGE MINALDI |
| WAL-MART STORES, INC., AND WAL-MART STORES, INC. CORPORATION GRANTOR TRUST, THROUGH WACHOVIA BANK OF GEORGIA, N.A. | * * * | MAGISTRATE JUDGE WILSON |
| * * * * * * * * * * * * * | * | JURY TRIAL |

## WAL-MART'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIM FOR UNJUST ENRICHMENT

NOW INTO COURT, through undersigned counsel, come defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores, Inc. Corporation Grantor Trust, through Wachovia Bank of Georgia, NA (hereinafter collectively referred to as "Wal-Mart"), which in response to the Court's 3/28/07 Memorandum Order respectfully move the Court to enter partial summary judgment in their favor and against plaintiff, Jennifer Bruney Richard, individually, and on behalf of the estate of Dewey Bruney and all others similarly situated ("Richard"). Under well-established law, Richard cannot show that the defendants were in any way enriched at the expense of Wal-Mart, or that any supposed enrichment was unjust under the circumstances. Likewise, plaintiff cannot show any loss as a consequence of the insurance arrangement.

WHEREFORE, for these reasons, and for the reasons more fully set forth in Wal-Mart's Memorandum in Support, which, in addition to the exhibits thereto, is incorporated herein as if copied *in extenso*, Wal-Mart respectfully urges the Court to grant partial summary judgment in its favor and against Richard, dismissing plaintiff's claim for unjust enrichment.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**

By: /s/ Nancy Scott Degan
NANCY SCOTT DEGAN (#1819)
PAUL L. PEYRONNIN (#17744)
MATTHEW A. WOOLF (#27146)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170-3600
Telephone (504) 566-5200
Facsimile (504) 636-4000

**ATTORNEYS FOR WAL-MART STORES, INC., WAL-MART STORES, INC. CORPORATION GRANTOR TRUST, and WACHOVIA BANK OF GEORGIA, N.A.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF electronic delivery or United States mail, to all known counsel of record, this 16th day of April, 2007.

By: /s/ Nancy Scott Degan