RECEIVED
IN LAKE CHARLES, LA
MAY 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNEY RICHARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DEWEY BRUNEY AND ALL OTHERS SIMILARLY SITUATED | : | DOCKET NO. 2:06 CV 1452 |
| VS. | : | JUDGE MINALDI |
| WAL-MART STORES, INC., AND WAL-MART STORES, INC. CORPORATION GRANTOR TRUST, THROUGH WACHOVIA BANK OF GEORGIA, N.A. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Partial Summary Judgment [doc. 44] filed by the defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores, Inc. Corporation Grantor Trust, through Wachovia Bank of Georgia, NA (collectively referred to as "Wal-Mart) is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's unjust enrichment claim is dismissed with prejudice.

Lake Charles, Louisiana, this ___ day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE